UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAJ-PER WILLIAM PERRSON, | ) | Case No.  ED CV 11-0377-GAF (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   <u>April 14, 2011</u>.

 

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE